1    **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Roderick Rickert, et. al.,                    No. CV13-02326-PHX-DGC

10                         Plaintiffs,              **ORDER**

11   v.

12   Kurt Francis, et. al.,

13                         Defendants.

14

15

16          Plaintiffs have filed an application for a temporary restraining order ("TRO").

17   Doc. 2.  On November 20, 2013, the Court held a hearing on the application.  Doc. 20.

18   Defendant John Kawakami appeared by telephone.

19          During the hearing, Plaintiffs relied on the verified complaint to support various

20   factual assertions.  When the Court noted that the verification attached to the complaint

21   was not signed (Doc. 1 at 11), Plaintiffs' counsel Michael G. Tafoya stated that he had

22   the signed verification in his possession and would file it.  The Court directed Mr. Tafoya

23   to file the signed verification with a notice of filing, and stated that an order on the TRO

24   application would be issued once the signed verification was filed.

25          Mr. Tafoya has never filed the signed verification.  The Court's Judicial Assistant

26   has called Mr. Tafoya's office several times to ask if the verification would be filed.  The

27   Judicial Assistant has reminded Mr. Tafoya that the order on the TRO application would

28   not be filed until the verification was filed, but it has never happened.

1       In the absence of a signed verification, Plaintiffs have not provided sufficient
2  evidence to support a TRO.  As a result, the application for a TRO will be denied.
3       Mr. Tafoya is ordered to provide a copy of this order to his clients.
4       **IT IS ORDERED** that the application for a TRO (Doc. 2) is **denied**.
5       Dated this 26th day of February, 2014.

_____
David G. Campbell
United States District Judge

- 2 -