Paul Gattone
Law Office of Paul Gattone
312 S. Convent
Tucson, Arizona 85701
(520) 623-1922
**State Bar #012482**
**Attorney for Defendants Kawakami, Los Angeles Independent Media Center, la.indymedi.org, and Riceball.com**

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Roderick Rickert, et al., | ) | |
| | ) | No.  CV13-02326 PHX-DGC |
| Plaintiffs, | ) | |
| | ) | |
| Vs. | ) | |
| | ) | **NOTICE OF SERVICE** |
| Kurt Francis, et al., | ) | **OF DEFENDANTS' INITIAL** |
| | ) | **DISCLOSURE** |
| | ) | **STATEMENT** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendants, Kawakami, Los Angeles Independent Media Center,

la.indymedia.org and Riceball.com, through counsel undersigned, notify this

Court that they have served their Initial Disclosure Statement on Counsel for

Plaintiffs in connection with the above numbered matter.

RESPECTFULLY SUBMITTED this 30th day of March, 2014

s/Paul Gattone
Paul Gattone
Appearing for Defendants Kawakami, Los Angeles
Independent Media Center, la.indymedia.org amd
Riceball.com

1