Michael G. Tafoya
P.O. Box 930
Maricopa, AZ 85139
520-450-0537
State Bar No. 018655
michael.tafoya@azbar.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| Roderick Rickert; Adam Child; Investment Properties of Arizona, LLC, an Arizona LLC; Titan Capital Group, LLC, an Arizona LLC; Titan Capital Holdings, LLC, a Nevada LLC; Titan Capital Management, LLC, an Arizona LLC; Titan Funding Group, LLC, an Arizona LLC; Look Inside Realty, LLC, an Arizona LLC; Look Inside Realty, LLC, a Nevada LLC,<br><br>Plaintiffs<br><br>v.<br><br>Kurt Francis and Jane Doe Francis, husband and wife; John Kawakami and Jane Doe Kawakami, husband and wife; Los Angeles Independent Media Center; la.indymedia,org; Riceball.com;<br><br>Defendants | No. 2:13-cv-02326 DGC<br><br>**PLAINTIFFS' INITIAL DISCLOSURE STATEMENT** |

## I. INDIVIDUALS WITH DISCOVERABLE INFORMATION THAT PLAINTIFFS MAY CALL AS WITNESSES AND THE SUBJECTS OF THE INFORMATION

1. Adam Child - c/o Titan Capital Holdings, LLC, 63 W. Main, second floor, Mesa, AZ 85201. (480) 889-5558

   Mr. Child generally has information regarding all of the parties' dealings.

2. Roderick Rickert - c/o Titan Capital Holdings, LLC, 63 W. Main, second floor, Mesa, AZ 85201. (480) 889-5558

   Mr. Rickert generally has information regarding all of the parties' dealings.

3. John Kurt Francis – address unknown.

Mr. Francis has information regarding past dealings with Adam Child and regarding information he put together in his blog and regarding the creation, posting, and maintenance of his blog.

4. John Kawakami - c/o Paul Gattone, 312 S. Convent, Tucson, AZ 85701, (520)623-1922

Mr. Kawakami has information regarding his posting of information regarding the Plaintiffs on riceball.com.

5. Edward Cabrera - Wellington Shields & Co, 140 Broadway, 44th Floor, NY, NY 10005. (212)320-2030

Mr. Cabrera has information regarding his company's decision to not do business with the Plaintiff's because of the blogs posted by Kurt Francis and by John Kawakami.

## **II. DOCUMENTS THAT MAY BE USED AT TRIAL.**

Exhibits A - E that were attached to the Plaintiffs' Complaint.

## **III. COMPUTATION OF DAMAGES.**

1. As to Defendants Kawakami and Francis only: $75,000,000. This is calculated as $15 million per year for an estimated five years that Plaintiffs could have held and placed the funds that were denied Plaintiffs because of the blogs.

2. As to all Defendants: If the copyright infringement was willful, statutory damages pursuant to 17 U.S.C. 504(c)(2) of $150,000 jointly and severally against all Defendants. If the Court finds that the infringement was not willful, then statutory damages pursuant to 17 U.S.C. 504(c)(1) of $30,000 jointly and severally against all Defendants.

**IV. Expert Witnesses**

Plaintiff intends to hire as a damages expert CPA Robert M. Semple of the firm Semple, Marchal & Cooper, LLP, 2700 N. Central Ave, Ninth Floor, Phoenix, AZ 85004 (602) 241-1500. Mr. Semple is a forensic accountant.

Mr. Semple has not yet reviewed any documents and has not yet completed a conflicts check.

This is a witness who must provide a written report. No report has been prepared. The deadline for the expert witness disclosure is July 1, 2014.

Original submitted to Paul Gattone on March 31, 2014.

Michael G. Tafoya
Attorney for the Plaintiffs