IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Roderick Rickert, et al., | No. CV-13-2326-PHX-DKD |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | |
| Kurt Francis, et al., | |
| Defendants. | |

Pending before the Court is Defendants' Motion to Dismiss (Doc. 38).[1]

**IT IS HEREBY ORDERED** setting a telephonic oral argument for August 11, 2014, at 2:00 p.m. Defendants will initiate the conference call.

**IT IS FURTHER ORDERED** reaffirming the deadlines in the Court's March 3, 2014 Case Management Order (Doc. 32).

Dated this 15th day of July, 2014.

David K. Duncan
United States Magistrate Judge

---

[1] Kawakami, Los Angeles Independent Media Center, la.indymedia.com, Riceball.com.