# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### CIVIL MINUTES - GENERAL

Phoenix Division

**CV-13-2326-PHX-DKD**                    DATE: <u>August 11, 2014</u>

Title: <u>Rickert, et al</u> vs. <u>Francis, et al</u>
       Plaintiffs          Defendants
==================================================================

HON:   <u>David K. Duncan</u>       Judge # <u>70BL/DKD</u>

<u>       Caryn Smith       </u>    <u>CourtSmart</u>
        Deputy Clerk         Recorded

**TELEPHONIC APPEARANCES:**
Michael Tafoya for Plaintiffs
Paul Gattone for Defendants

==================================================================
**PROCEEDINGS:**    <u>  X  </u>**Open Court**   <u>    </u>**Chambers**   <u>    </u>**Other**

This is the time set for Telephonic Motion Hearing.

Discussion is held regarding defendant Francis who is not a party as he has not filed an answer. Plaintiffs have not filed a notice of default.

Argument is heard on [38] First Motion to Dismiss Case by John Kawakami.

IT IS ORDERED taking the matter under advisement.


Time in court: 27 min (2:00 PM – 2:27 PM)